IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEROME WILLIAMS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-3263 |
| | : | |
| **STEFAN WOOD, JR.,** *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 22nd day of November, 2024, upon consideration of Plaintiff Jerome Williams's Motion to Proceed *In Forma Pauperis* (Doc. No. 4), Prisoner Trust Fund Account Statement (Doc. No. 5), *pro se* Complaint (Doc. No. 1), Amended Compensation (Doc. No. 14), Request for Default (Doc. No. 17), and Motion to Amend the Amount of Compensation (Doc. No. 18) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Jerome Williams, #LF-4307, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Coal Township or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Williams's inmate account; or (b) the average monthly balance in Williams's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Williams's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding

month's income credited to Williams's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

      3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Coal Township.

      4.      The Complaint is **DEEMED** filed.

      5.      For the reasons stated in the Court's Memorandum, Williams's Complaint is **DISMISSED** as follows:

          a.  All federal claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

          b.  All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

      6.      Williams's request for default (Doc. No. 17) is **DENIED AS MOOT.**

      7.      Williams's motion to amend the amount of compensation (Doc. No. 18) is **DENIED AS MOOT**.

      8.      The Clerk of Court shall **CLOSE** this case.

                                     **BY THE COURT:**

                                       /s/*Karen Spencer Marston*

                                       **KAREN SPENCER MARSTON, J.**